UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81052-CIV-HURLEY

ALLEN FOX,
    Plaintiff,

v.

COHEN VENTURES, LLC,
    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES & COSTS & ENTERING FINAL JUDGMENT ON ATTORNEYS' FEES AND COSTS

**THIS CAUSE** is before the court upon the plaintiff's motion for attorney's fees and costs [ DE # 13]. This matter was previously referred to United States Magistrate Judge James Hopkins pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. On April 13, 2009 Magistrate Judge Hopkins filed his Report and Recommendation upon the motion [DE# 17], to which neither side has filed any objection.

Having carefully reviewed the Magistrate Judge's April 13, 2009 Report and Recommendation on plaintiff's motion for fees and costs, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned, and accordingly shall adopt those recommendations here.

1

Case No.: 08-81052-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Magistrate Judge Hopkins April 13, 2009 Report & Recommendation [DE# 17] is hereby **ADOPTED** and **INCORPORATED** in full, and the plaintiff's motion for attorney's fees and costs [DE# 13] is **GRANTED in PART and DENIED in PART** accordingly.

2. The plaintiff, **ALLEN FOX,** shall recover from the defendant, **COHEN VENTURES, LLC** the sum of **$ 5,144.00** in attorneys' fees and **$740.29** in costs, for a **TOTAL AWARD of $ 5,884.29**, which sum shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date of entry of this judgment, for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of May, 2009.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge James Hopkins
all counsel

2